UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

GARY T. SLATER     PLAINTIFF

versus     CAUSE NO.     3:19-cv-0267-GHD-RP

HOUSTON WIRE & CABLE COMPANY and     DEFENDANT
ANDREW HALL

## **JUDGMENT**

The Clerk of this Court, noting the filing of the Notice of Acceptance with Offer of Judgment [doc. #123], and pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, hereby enters judgment against the Defendants, Houston Wire & Cable Company and Andrew Hall, in the amount of $ 150,000.

Entered this the 28th day of March, 2022.

DAVID CREWS, CLERK

By:     s/ Jennifer L. Adams